IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

CRISTINA JOHNSON, )
 )
 Plaintiff, )
 )
vs. ) No. CIV-13-736-W
 )
CAROLYN COLVIN, Acting )
Commissioner of Social Security, )
 )
 Defendant. )

## ORDER

On August 7, 2014, and August 8, 2014, United States Magistrate Judge Shon T. Erwin signed and issued, respectively, a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Cristina Johnson be affirmed. Johnson was advised of her right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred warranting the reversal and remand requested by Johnson and concurs with Magistrate Judge Erwin's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 13] signed on August 7, 2014, and entered on the docket on August 8, 2014;

(2) AFFIRMS the Commissioner's decision to deny Johnson's Applications for Disability Insurance Benefits and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 25th day of August, 2014.

                                      LEE R. WEST
                                      UNITED STATES DISTRICT JUDGE